**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

This document relates to:

Thatcher, et al., v. Kingdom of Saudi Arabia, No. 18-CV-11814 (GBD) (SN)
Bursztyn, et al., v. Kingdom of Saudi Arabia, No. 18-CV-11891 (GBD) (SN)
Collins, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12256 (GBD) (SN)
Abbatine, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12343 (GBD) (SN)
Arichabala, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12350 (GBD) (SN)
Callahan, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12351 (GBD) (SN)
Davis, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12352 (GBD) (SN)
Hart, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12353 (GBD) (SN)
Latchman, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12354 (GBD) (SN)
Perez, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12358 (GBD) (SN)
Levin, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12360 (GBD) (SN)
Labozzetta, et al., v. Kingdom of Saudi Arabia, et al., No. 18-CV-12362 (GBD) (SN)
Figuereo, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12369 (GBD) (SN)
Magee, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12372 (GBD) (SN)
Abiuso, et al., v. Kingdom of Saudi Arabia, et al., No. 18-CV-12374 (GBD) (SN)
Nelson, et al., v. Kingdom of Saudi Arabia, et al., No. 18-CV-12375 (GBD) (SN)
DiGiovanni, et al., v. Kingdom of Saudi Arabia, et al., No. 18-CV-12376 (GBD) (SN)
Kwartowitz, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12378 (GBD) (SN)
Barnes, et al., v. Kingdom of Saudi Arabia, No. 18-CV-12383 (GBD) (SN)
O'Connor v. Kingdom of Saudi Arabia, No. 19-CV-00045 (GBD) (SN)

03-MDL-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ 11/7/2019

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has issued several orders approving forms and setting procedures for the filing

of new claims against the Kingdom of Saudi Arabia ("Saudi Arabia"). See ECF Nos. 3543, 3982,

4010, 4045, 5234. Under these procedures, Plaintiffs who file a Short Form Complaint are

required to submit an appropriate request for waiver of service to counsel for Saudi Arabia. See, e.g., ECF No. 3543, at 4; ECF No. 4010, at 3; ECF No. 4045, at 4.

   In response to the Court's October 30, 2019 Order, Saudi Arabia states that it has no record of receiving a request for waiver of service in the following cases:

| | | | |
|---|---|---|---|
| 1:18-cv-11814 | 1:18-cv-12351 | 1:18-cv-12360 | 1:18-cv-12375 |
| 1:18-cv-11891 | 1:18-cv-12352 | 1:18-cv-12362 | 1:18-cv-12376 |
| 1:18-cv-12256 | 1:18-cv-12353 | 1:18-cv-12369 | 1:18-cv-12378 |
| 1:18-cv-12343 | 1:18-cv-12354 | 1:18-cv-12372 | 1:18-cv-12383 |
| 1:18-cv-12350 | 1:18-cv-12358 | 1:18-cv-12374 | 1:19-cv-00045 |

See ECF No. 5268, at 2.

   Accordingly, by Thursday, November 21, 2019, Plaintiffs in these cases are ORDERED to submit a request for waiver of service to counsel for Saudi Arabia. To the extent Plaintiffs in these cases also bring claims against the Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC"), they must also submit a request for waiver of service to counsel for SHC. See ECF No. 3543, at 4. The failure to request a waiver of service will likely result in dismissal of the action.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      November 7, 2019
            New York, New York

2